UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHAVEZ LAVELLE-NAZIR GARRETT,        **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

**Felon in Possession of a Firearm**

Between on or about May 30, 2025, and June 12, 2025, in Ingham County, in the Southern Division of the Western District of Michigan,

CHAVEZ LAVELLE-NAZIR GARRETT,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Smith & Wesson Model SD40 .40 caliber semi-automatic pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

CHAVEZ LAVELLE-NAZIR GARRETT

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Smith & Wesson Model SD40 .40 caliber semi-automatic pistol and associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
CONSTANCE TURNBULL
Assistant United States Attorney

2